**MUCKLEROY LUNT, LLC**
Martin A. Muckleroy (Nev. Bar # 9634)
6077 S. Fort Apache, Ste 140
Las Vegas, NV 89148
Telephone: 702-907-0097
Facsimile: 702-938-4065
Email: martin@muckleroylunt.com

*Attorneys for Plaintiff*
*Peak Finance, LLC*

(additional counsel on signature page)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PEAK FINANCE, LLC, Derivatively on Behalf of Nominal Defendant, COOL TECHNOLOGIES, INC., <br>          Plaintiff, <br> vs. <br><br> TIMOTHY J. HASSETT, QUENTIN D. PONDER, JUDSON W. BIBB III, THEODORE H. BANZHAF and MARK HODOWANEC, <br>          Defendants, <br>     and <br><br> COOL TECHNOLOGIES, INC., <br>          Nominal Defendant. | Case No. 2:15-cv-01590-GMN-CWH <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS THE VERIFIED AMENDED SHAREHOLDER DERIVATIVE COMPLAINT <br><br> (PLAINTIFF'S SECOND REQUEST) |

     Pursuant to LR 6-1, Plaintiff and Defendants jointly stipulate to continue the briefing schedule relating to Defendants' pending Motion to Dismiss Complaint, which Defendants filed on November 9, 2015, so that Plaintiff's response will be extended from November 27, 2015 to December 4, 2015. The requested extension is sought in the interest of justice and not for the purpose of delay. None of the parties will be prejudiced by the requested extension.

1

Dated: November 23, 2015

Respectfully submitted,

**GORDON SILVER**

By: /s/ Mark S. Dzarnoski
MARK S. DZARNOSKI
Nevada Bar No. 3398
500 N. Rainbow Blvd., Suite 120
Las Vegas, NV 89107
Telephone: 702-796-5555
*Attorneys for Nominal Defendant HPEV, Inc. and Defendants Timothy J. Hassett, Quentin D. Ponder, Judson W. Bibb, Theodore H. Banzhaf and Mark Hodowanec*

**FARUQI & FARUQI, LLP**

By: /s/ Timothy J. Peter
TIMOTHY J. PETER
STUART J. GUBER
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Telephone: 215-277-5770

**MUCKLEROY LUNT, LLC**
Martin A. Muckleroy (Nev. Bar # 9634)
6077 S. Fort Apache, Ste 140
Las Vegas, NV 89148
Telephone: 702-907-0097

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
Nina M. Varindani
369 Lexington Avenue, 10th Floor
New York, New York 10017
Telephone: 212-983-9330

*Attorneys for Plaintiff Peak Finance, LLC*

IT IS SO ORDERED:

______________________________
UNITED STATES DISTRICT JUDGE

DATED: November 24, 2015